**<u>APPENDIX B</u>**


Organizational Chart



**Corporate Organization
RHI Entertainment**

As of 9/30/10