D. J. Baker
Rosalie Walker Gray
Keith A. Simon
Adam S. Ravin
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel to the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RHI Entertainment, Inc., et al.,[1] | ) ) | Case No. 10-16536 (SMB) |
| Debtors. | ) ) ) | Jointly Administered |

### NOTICE OF EFFECTIVE DATE OF
### DEBTORS' JOINT PLAN OF REORGANIZATION

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Joint Prepackaged Plan of Reorganization of RHI Entertainment, Inc. and Affiliated Debtors dated as of November 1, 2010 [Docket No. 22], and as amended on November 19 and 29, 2010 [Docket Nos. 23 and 24] and modified on March 15, 2011 [Docket No. 269] (together with any subsequent modifications, the "**Plan**") was confirmed by order of the Bankruptcy Court entered on March 30, 2011 [Docket No. 323] and became effective by its terms on April 1, 2011. Thus, all references in the Plan to the "Effective Date" are to April 1, 2011.

---

[1] The Debtors in these related cases, along with the last four digits of each Debtor's federal tax identification number, are: RHI Entertainment, Inc. (4616); RHIE Holdings Inc. (5429); RHI Entertainment Holdings II, LLC (0004); RHI Entertainment, LLC (7887); RHI Entertainment Productions, LLC (6014); RHI Entertainment Distribution, LLC (6017); RHI International Distribution Inc. (7653); NGP Holding, Inc. (6138); HEGOA Inc. (4608); Independent Projects, Inc. (2430); Don Quixote, Inc. (1238); HE Pro Tunes, Inc. (2268); HEP Music, Inc. (2267); Metropolitan Productions, Inc. (9375); Library Storage, Inc. (8155); HEP SS Music Inc. (7969); and SLB Productions, Inc. (8171).

Dated: April 1, 2011

/s/ *D. J. Baker*
D. J. Baker
Rosalie Walker Gray
Keith A. Simon
Adam S. Ravin
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel for the Debtors and Debtors-in-Possession